IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

IN RE: Criminal Cases

This matter is before the Court upon the Court's own motion:

IT IS HEREBY ORDERED that government's exhibits in the case listed below are to be returned to the United States Attorney for appropriate disposition.

| **CASE NUMBER** | **CAPTION** |
|---|---|
| 8:02CR329 | US v. Danny D. Reaves |
| 8:05CR127 | US v. Danny Ray Lewis |
| 8:05CR237 | US v. Patrick Smith, et al. |

DATED this 31st day of May, 2007.

BY THE COURT

s/Laurie Smith Camp
United States District Judge